NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted June 11, 2007
Decided June 28, 2007

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 06-3390

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellee,* | District Court for the Southern District of Illinois. |
| *v.* | No. 02 CR 30086 |
| RONALD E. BLAKE, | |
| *Defendant-Appellant.* | G. Patrick Murphy, *Chief Judge.* |

**O R D E R**

The defendant-appellant was not given his right of allocution after the case was remanded for resentencing. The government agrees that the judge made a mistake but says that it was harmless beyond a reasonable doubt. We are less sure of that proposition.

Accordingly, the case is remanded again for resentencing and this time the defendant-appellant must be accorded his allocution rights.